| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | **FILED** 12/13/18 CENTRAL DISTRICT OF CALIFORNIA BY: sr DEPUTY | CR17-00446(A)-JFW |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) 1:18cr10485 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mr. Michael Bernard Potere | Central of California | Western |
| | NAME OF SENTENCING JUDGE | |
| | John F. Walter | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM July 25, 2018    TO July 24, 2019 |

**OFFENSE**

Unauthorized Access to a Computer to Obtain Information 18 U.S.C. § 1030(a)(2)(C), (c)(2)(A) (Class A misdemeanor).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    CENTRAL    DISTRICT OF    CALIFORNIA

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Massachusetts</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

December 13, 2018
_Date_      _United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    DISTRICT OF    MASSACHUSETTS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/23/18
_Effective Date_      _United States District Judge_